# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 656 |
| | : | |
| EX OFFICIO MEMBERSHIP FOR THE | : | SUPREME COURT RULES |
| SUPREME COURT RULES | : | |
| COMMITTEES | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2014, representation is hereby provided for a member of the Pennsylvania Association of Court Management to serve as an *ex officio* member on the Civil Procedural Rules Committee, Criminal Procedural Rules Committee, Domestic Relations Procedural Rules Committee and Minor Court Rules Committee.

    Representation is hereby provided for the Prothonotaries of the Supreme Court, the Superior Court and the Commonwealth Court, or their designees, to serve as *ex officio* members on the Appellate Court Procedural Rules Committee.

    Representation is hereby provided for a member of the Office of Children of Families and the Courts and the Juvenile Court Judges' Commission to serve as *ex officio* members on the Juvenile Court Procedural Rules Committee.